```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                              Case No. 14-30372-jpg
Rebecca Neller McQueen                                              Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0647-3          User: sheym                 Page 1 of 2          Date Rcvd: Aug 22, 2014
                              Form ID: 189                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2014.
db           +Rebecca Neller McQueen,    2105 Brancaster Rd.,    Toledo, OH 43615-3313
22853503      Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
22853504      Capital One Bank (USA) NA,    PO Box 6492,    Carol Stream, IL 60197-6492
23034504      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22853505      Childrens Place/DBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
22853506     +City of Toledo,   Dept. of Public Utilities,    420 Madison Ave. Ste. 100,   Toledo, OH 43604-1216
22853507      Comenity Bank,   Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
22853509      EOS CCA,   PO Box 806,    Norwell, MA 02061-0806
22853510      Fifth Third Bank,    PO Box 630900,    Cincinnati, OH 45263-0900
22853512      Fulton, Friedman & Gullace, LLP,    PO Box 2123,    Warren, MI 48090-2123
22853513     +Kevin McQueen,    5600 Alexis Rd., #103,    Sylvania, OH 43560-2337
22853514     +Laura C. Infante,    4500 Courthouse Blvd., Ste. 400,    Stow, OH 44224-6839
22853515     +Lucas County Ct. of Common Pleas,    Case No: CI201206071,    700 Adams St.,
               Toledo, OH 43604-5634
22853517     +Nicole R. Randall,    Assistant Atty. General,    150 E. Gay St., 21st Floor,
               Columbus, OH 43215-3191
22853518      OCWEN,   PO Box 6440,    Carol Stream, IL 60197-6440
23143221     +Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,   Columbus, OH 43216-0530
22853519     #PCB,   PO Box 29917,    Columbus, OH 43229-7517
22853520     +Scheer, Green & Burke Co., LPA,    PO Box 1335,    Toledo, OH 43603-1335
22853522      State of Ohio,   Department of Taxation,    PO Box 2679,    Columbus, OH 43270-0001
22853523     +State of Ohio; Dept. of Taxation,    c/o Ohio Attorney General,   Collections Enforcement,
               150 E. Gay St., 21st Floor,    Columbus, OH 43215-3191
22853524     +Sylvania Country Club,    5201 Corey Rd.,    Sylvania, OH 43560-2202
22853525     +Sylvania Municipal Court,    Case No: CVF1200115,    6700 Monroe St.,    Sylvania, OH 43560-1961
22853526     +The CBE Group, Inc.,    Payment Processing Center,    PO Box 2038,   Milwaukee, WI 53201-2038
22853527     +Toledo Municipal Court,    Case No: CV1101986,    555 N. Erie St.,   Toledo, OH 43604-3300
22853528      Toledo Radiological Assoc.,    PO Box 2204,    Indianapolis, IN 46206-2204
22853529      Toledo Red Light Enforcement,    Program,    PO Box 76699,   Cleveland, OH 44101-6500
22853530     +UCB Collections,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
22853531     +US Bank NA,    c/o Owcen Loan Servicing, LLC,    12001 Science Dr.,   Suite 110,
               Orlando, FL 32826-2913
22853532      Verizon Wireless-Great Lakes,    1515 E. Woodfield Rd. Ste. 1400,   Schaumburg, IL 60173-5443
22853535      WF Retail & Credit,    PO Box 14517,    Des Moines, IA 50306-3517
22853533      Wells Fargo Auto Loss Recovery,    PO Box 29704,    Phoenix, AZ 85038-9704
22853534      Wells Fargo Bank NA,    c/o Fulton Friedman & Gullace LLP,    PO Box 2123,   Warren, MI 48090-2123
22853536     +William G. Jennings,    420 Madison Ave., Ste. 100,    Toledo, OH 43604-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22853502      E-mail/PDF: recoverybankruptcy@afninet.com Aug 22 2014 22:21:23     AT&T,   c/o AFNI, Inc.,
               PO Box 3517,    Bloomington, IL 61702-3517
23105502      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2014 22:22:12
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,   Oklahoma City, OK  73124-8838
22853500     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 22 2014 22:17:17     Asset Acceptance,
               PO Box 2036,    Warren, MI 48090-2036
22853501     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 22 2014 22:17:17
               Asset Acceptance LLC, Assignee of,    Wells Fargo Bank NA,    PO Box 318037,
               Independence, OH 44131-8037
22853508     +E-mail/Text: KEVINLIBER@MSN.COM Aug 22 2014 22:19:00     Dixie Auto Leasing,   5880 N. Detroit,
               Toledo, OH 43612-4800
22853511      E-mail/Text: kara.fullen@promedica.org Aug 22 2014 22:17:00     Flower Hospital,   PO Box 630339,
               Cincinnati, OH 45263-0001
22853516     +E-mail/Text: bsteude@co.lucas.oh.us Aug 22 2014 22:18:57     Lucas County Treasurer,
               One Government Center,    Suite 500,   Toledo, OH 43604-2253
23039199      E-mail/Text: bnc-quantum@quantum3group.com Aug 22 2014 22:17:07
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
22853521      E-mail/Text: bknotice@erccollections.com Aug 22 2014 22:17:51     Sprint,
               c/o Enhanced Recovery Co., LLC,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

14-30372-jpg    Doc 26    FILED 08/24/14    ENTERED 08/25/14 00:26:32    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2014 at the address(es) listed below:
          Louis S Kovacs    on behalf of Debtor Rebecca Neller McQueen lkovacs@gallonlaw.com,
           thoff@gallonlaw.com
          Patti  Baumgartner-Novak    pnovak@buckeye-express.com,  lisa-trt2@bex.net;OH76@ecfcbis.com
                                                                                          TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604
**Case No. 14−30372−jpg**

**In re:**
Rebecca Neller McQueen
**Aka** −Rebecca N. McQueen, Rebecca McQueen
2105 Brancaster Rd.
Toledo, OH 43615

**Social Security No.:**
xxx−xx−1689

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE AND OF HEARING ON APPLICATIONS FOR COMPENSATION

**To the Creditors and Parties in Interest:**

The final report(s) and accounts of the trustee in this case having been filed, notice is hereby given that there will be no hearing held on the Final Report and Account of the Trustee unless an objection is filed with the court , C/O the Clerk's office:

United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

Within 28 days of the date of this notice, creditors may be heard before the applications are determined, if any objection is filed. **The account of the Trustee shows:**

**Total Receipts** $ 2,668.83    **Total Disbursements** $ 0.00    **Balance on Hand** $ 2,668.83

In addition to expense of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividend to general creditors. Claims have been allowed and classified as follows:

**Secured Claims** $ 77.74    **Priority Claims** $ 0.00    **Unsecured Claims** $ 27672.01

The following applications for compensation have been filed
(creditors may be heard before the applications are determined).

| Applicant | Commission or Fees | Expenses |
|---|---|---|
| Patti Baumgartner−Novak | 667.21 | 16.95 |

(If appropriate): The trustee has filed a notice of intent to abandon the following property:

**Any objections to said abandonment shall be filed with the clerk no later than seven (7) days prior to the hearing. If no objections are filed, the property shall be deemed abandoned without further order of the court.**

**Dated:** August 22, 2014                                        For the Court
Form ohnb189                                                    Kenneth J. Hirz, Clerk