# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# NORTHERN DISTRICT OF OHIO DIVISION

In re: MCQUEEN, REBECCA NELLER § Case No. 14-30372-JPG
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Patti Baumgartner-Novak, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $152,154.15     Assets Exempt: $150,676.48
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,984.67    Claims Discharged
                                              Without Payment: $58,894.24

Total Expenses of Administration: $684.16

3) Total gross receipts of $ 2,668.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,668.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $77.74 | $77.74 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 684.16 | 684.16 | 684.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,300.40 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,654.22 | 27,672.01 | 27,672.01 | 1,984.67 |
| **TOTAL DISBURSEMENTS** | $60,954.62 | $28,433.91 | $28,433.91 | $2,668.83 |

4) This case was originally filed under Chapter 7 on February 17, 2014. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2014   By: /s/Patti Baumgartner-Novak
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Federal & State Tax Refunds | 1124-000 | 2,668.83 |
| **TOTAL GROSS RECEIPTS** | | **$2,668.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | City of Toledo | 4700-000 | N/A | 77.74 | 77.74 | 0.00 |
| NOTFILED | Dixie Auto Leasing | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dixie Auto Leasing | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$77.74** | **$77.74** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Patti Baumgartner-Novak | 2100-000 | N/A | 667.21 | 667.21 | 667.21 |
| Patti Baumgartner-Novak | 2200-000 | N/A | 16.95 | 16.95 | 16.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$684.16** | **$684.16** | **$684.16** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State of Ohio Department of Taxation | 5200-000 | 4,421.75 | N/A | N/A | 0.00 |
| NOTFILED | State of Ohio Department of Taxation | 5200-000 | 556.94 | N/A | N/A | 0.00 |
| NOTFILED | State of Ohio Department of Taxation | 5200-000 | 604.53 | N/A | N/A | 0.00 |
| NOTFILED | Nicole R. Randall Assistant Atty. General | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lucas County Treasurer One Government Center | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | State of Ohio Department of Taxation | 5200-000 | 717.18 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $6,300.40 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 890.49 | 890.49 | 890.49 | 79.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 384.73 | 384.73 | 384.73 | 34.13 |
| 3 | American InfoSource LP as agent for | 7100-000 | 506.19 | 109.98 | 109.98 | 9.76 |
| 4 | Ohio Department of Taxation | 7100-000 | 25,826.85 | 26,214.32 | 20,913.69 | 1,855.35 |
| 5U | City of Toledo | 7100-000 | 139.46 | 72.49 | 72.49 | 6.43 |
| 4PEN | Ohio Department of Taxation | 7400-000 | N/A | N/A | 5,300.63 | 0.00 |
| NOTFILED | Sylvania Country Club | 7100-000 | 3,286.37 | N/A | N/A | 0.00 |
| NOTFILED | Kevin McQueen | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Toledo Radiological Assoc. | 7100-000 | 185.22 | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o Enhanced Recovery Co., LLC | 7100-000 | 397.15 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank NA c/o Owcen Loan Servicing, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Toledo Red Light Enforcement Program | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | WF Retail & Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Auto Loss Recovery | 7100-000 | 15,162.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank NA c/o Fulton Friedman & Gullace | 7100-000 | 1,769.10 | N/A | N/A | 0.00 |
| NOTFILED | Flower Hospital | 7100-000 | 1,806.68 | N/A | N/A | 0.00 |
| NOTFILED | AT&T c/o AFNI, Inc. | 7100-000 | 313.68 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 1,016.49 | N/A | N/A | 0.00 |
| NOTFILED | Lucas County Treasurer One Government Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance LLC, Assignee of Wells Fargo Bank | 7100-000 | 1,796.81 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 304.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 724.00 | N/A | N/A | 0.00 |
| NOTFILED | Childrens Place/DBSD | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $54,654.22 | $27,672.01 | $27,672.01 | $1,984.67 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-30372-JPG  **Trustee:** (550690) Patti Baumgartner-Novak
**Case Name:** MCQUEEN, REBECCA NELLER  **Filed (f) or Converted (c):** 02/17/14 (f)
 **§341(a) Meeting Date:** 04/01/14
**Period Ending:** 11/12/14  **Claims Bar Date:** 07/31/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 20.00 | 20.00 | | 0.00 | FA |
| 2 | Checking acct. with Fifth Third Bank (overdrawn) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Savings acct. with Fifth Third Bank | 3.22 | 0.00 | | 0.00 | FA |
| 4 | Savings acct. with Educational Community Allianc | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Christmas acct. with Educational Community Allia | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking acct. with Educational Community Allian | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking acct. with Fifth Third Bank | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Term life insurance through employer | 0.00 | 0.00 | | 0.00 | FA |
| 12 | STRS value as of 6/30/13 | 146,251.48 | 0.00 | | 0.00 | FA |
| 13 | Wages | 3,128.45 | 3,128.45 | | 0.00 | FA |
| 14 | 2013 Federal & State Tax Refunds | 1,625.00 | 2,668.83 | | 2,668.83 | FA |
| 15 | Dodge Caravan - Leased | 1.00 | 1.00 | | 0.00 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$153,779.15** | **$5,818.28** | | **$2,668.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

funds received - claims reviewed- TFR filed -distribution - TDR 11/12/14

**Initial Projected Date Of Final Report (TFR):** May 15, 2015  **Current Projected Date Of Final Report (TFR):** August 20, 2014 (Actual)

Printed: 11/12/2014 09:52 AM    V.13.18

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-30372-JPG  
**Case Name:** MCQUEEN, REBECCA NELLER  

**Taxpayer ID #:** **-***6824  
**Period Ending:** 11/12/14  

**Trustee:** Patti Baumgartner-Novak (550690)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/14 | {14} | Rebecca McQueen | non-exempt portion of tax refund | 1124-000 | 2,668.83 | | 2,668.83 |
| 09/25/14 | 101 | Capital One Bank (USA), N.A. | Dividend paid 8.87% on $890.49; Claim# 1; Filed: $890.49; Reference: 5121 | 7100-000 | | 79.00 | 2,589.83 |
| 09/25/14 | 102 | Quantum3 Group LLC as agent for | Dividend paid 8.87% on $384.73; Claim# 2; Filed: $384.73; Reference: 4250/COMENITY BANK | 7100-000 | | 34.13 | 2,555.70 |
| 09/25/14 | 103 | American InfoSource LP as agent for | Dividend paid 8.87% on $109.98; Claim# 3; Filed: $109.98; Reference: VERIZON | 7100-000 | | 9.76 | 2,545.94 |
| 09/25/14 | 104 | Ohio Department of Taxation | Dividend paid 8.87% on $20,913.69; Claim# 4; Filed: $26,214.32; Reference: 3711/3101/4080/ | 7100-000 | | 1,855.35 | 690.59 |
| 09/25/14 | 105 | City of Toledo | Dividend paid 8.87% on $72.49; Claim# 5U; Filed: $72.49; Reference: 3205 | 7100-000 | | 6.43 | 684.16 |
| 09/25/14 | 106 | Patti Baumgartner-Novak | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 684.16 | 0.00 |
| | | | Dividend paid 100.00% 667.21 on $667.21; Claim# ; Filed: $667.21 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 16.95 on $16.95; Claim# ; Filed: $16.95 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | | 2,668.83 | 2,668.83 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 2,668.83 | 2,668.83 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,668.83** | **$2,668.83** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******7266** | **2,668.83** | **2,668.83** | **0.00** |
| | **$2,668.83** | **$2,668.83** | **$0.00** |